AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-20447-CIV-LENARD/TORRES

BRIGHTSTAR CORP., a
Delaware corporation,

                    Plaintiff

v.

GEOSENTRIC OYJ, f/k/a
BENEFON OYJ, a foreign corp.,    Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Geosentric OYJ
Meriniitynkatu 11
24101 Salo, Finland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan B. Morton, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Wachovia Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Steven M. Larimore**
CLERK OF COURT

_[signature]_
(BY) DEPUTY CLERK

DATE: JUL 1 4 2007

_[Filed stamp: 08 JUL 14 PM 3:37, Steven M. Larimore, Clerk U.S. Dist. Ct., S.D. of Fla. - Mia]_