**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-20447-CIV-LENARD/GARBER**

BRIGHTSTAR CORP., a Delaware
corporation,

    Plaintiff,

vs.

GEOSENTRIC OYJ, f/k/a BENEFON OYJ,
a foreign corporation,

    Defendant.

---

**PLAINTIFF BRIGHTSTAR CORP.'S NOTICE OF STRIKING DOCKET ENTRY # 36**

   Plaintiff Brightstar Corp. ("Brightstar"), through undersigned counsel and pursuant to the Clerk's Notice of Docket Correction and Instruction to Filer, dated November 26, 2008 (D.E. #39), hereby submits its Notice of Striking Docket Entry # 36 and states as follows:

   1.  On November 24, 2008, Brightstar filed its Notice of Effectuation of Proper Service Upon Defendant and of Filing Proof Thereof.  (D.E. # 35.)  Attached thereto was a 39-page exhibit indicating that Defendant GeoSentric OYJ, f/k/a Benefon OYJ ("GeoSentric") has been served.  (D.E. # 35-2.)  Brightstar filed these two documents under the e-filing category, "Notice (Other)."  (D.E. # 35, 35-2.)

   2.  On November 24, 2008, Brightstar also filed, in the abundance of caution, just the 39-page document under the e-filing category, "Summons (Affidavit) Returned Executed for Service Abroad."  (D.E. # 36.)  This is the same exact 39-page document as Docket Entry # 35-2. (*Compare* # 35-2 *with* # 36.)

   3.  On November 26, 2008, the clerk filed its Notice of Docket Correction and Instruction of Filer regarding Docket Entry # 36, instructing Brightstar to strike Docket Entry # 36 and re-file based on the following error:  "Document Not Captioned." (D.E. # 39.)

MI-284758 v1

4.      However, because Docket Entry # 36 is the same as Docket Entry #35-2, Brightstar will simply strike Docket Entry # 36 and not re-file it.  On November 26, 2008, undersigned counsel spoke to the clerk, who agreed that this was the proper way to proceed.

WHEREFORE, Brightstar strikes Docket Entry # 36 without re-filing, and respectfully refers to Docket Entry # 35-2, which is the same exact document.

Dated:    November 26, 2008              Respectfully submitted,
          Miami, Florida

                                          s/Jonathan B. Morton
                                         Jonathan B. Morton
                                         Florida Bar No. 956872
                                         jonathan.morton@klgates.com
                                         April L. Boyer
                                         Florida Bar No. 0168335
                                         april.boyer@klgates.com
                                         **K&L GATES LLP**
                                         *Attorneys for Plaintiff Brightstar Corp.*

                                         Wachovia Financial Center
                                         200 S. Biscayne Boulevard, Suite 3900
                                         Miami, Florida 33131
                                         Telephone:  305.539.3300
                                         Facsimile:  305.358.7095

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November  2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties on the attached service list.

                                         *s/Jonathan B. Morton*
                                         Jonathan B. Morton

<u>**SERVICE LIST**</u>
<u>**CASE NO. 08-20447-CIV-LENARD/GARBER**</u>

Alex M. Gonzalez, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone:  305-374-8500
Facsimile:  305-789-7799
alex.gonzalez@hklaw.com